GEORGE W. SAUL, Respondent, *v.* MILLS W. BARSE, Appellant.

*Saul* v. *Barse,* 158 App. Div. 560, affirmed.
(Argued March 16, 1916; decided May 2, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 11, 1914, modifying and affirming as modified a judgment in favor of plaintiff entered upon the report of a referee in an action for an accounting. Plaintiff brought this suit for an accounting as far back as December, 1894, for the cash proceeds of 2,120 shares of Michigan Peninsular Car Company stock, alleged to have been held in trust for him by defendant and Henry S. Ives jointly (the latter then already deceased), and in his complaint alleged that defendant syndicate used the proceeds and dividends of this stock without his authority in unauthorized investments for their own benefit, and mingled the same with their own funds. Defendant, by his answer and supplemental answer, set up that plaintiff's

stock had been lawfully converted by his authority by a syndicate composed of Ives, Barse and one Henry B. Morehead under a writing dated December 16, 1892, set up by defendant in his answer, the conversion being into authorized substitute railroad securities.

*Max J. Kohler* for appellant.

*Frank Parker Ufford* and *Philip Carpenter* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.